IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA M. MEADOR and DAVID ALEXANDER ABADELLA, <br><br> Plaintiff(s), <br><br> vs. <br><br> MACY'S CORPORATE SERVICES, INC., a Foreign Profit Corporation; MACY'S WEST STORES, INC., a Foreign Profit Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10, <br><br> Defendant(s). | CV 15-00115 ACK-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

    Findings and Recommendation having been filed and served on all parties on August 26, 2016, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Grant in Part and Deny in Part Defendant Macy's West Stores, Inc.'s (1) Second Motion for Sanctions Against Plaintiffs for Failure to

Respond to Discovery, and (2) Third Motion for Sanctions Against Plaintiffs for Failure to Respond to Discovery, and Against Plaintiff Lisa M. Meador for Failure to Attend Deposition" are adopted as the opinion and order of this Court.

Accordingly, this case will be dismissed without prejudice.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 19, 2016.



_____
Alan C. Kay
Sr. United States District Judge

Meador, et al. v. Macy's Corporate Services, Inc., et al., Civ. No. 15-00115 ACK-KJM, Order Adopting Magistrate Judge's Findings and Recommendation